OPINION — AG — QUESTION(1): MAY THE COUNTY PARTICIPATE IN PROVIDING "AMBULANCE SERVICE" UNDER 19 O.S. 1965 Supp., 381 [19-381], AS AN "ENTERPRISE DESIGNED FOR THE COUNTY?" — NEGATIVE, QUESTION(2): IF QUESTION(1) IS ANSWERED IN THE NEGATIVE, MAY THE COUNTY OPERATE AN "AMBULANCE SERVICE" WITHOUT PARTICIPATION BY ANY OTHER GROUP? — NEGATIVE, QUESTION(3): COULD THE COUNTY ESTABLISH THE PLANT EQUIPMENT FOR AN "AMBULANCE SERVICE" AND LEASE IT TO A PRIVATE ORGANIZATION? — NEGATIVE, QUESTION(4): MAY A COUNTY HOSPITAL, PURSUANT TO 19 O.S. 1961 781-793 [19-781] — [19-793], PROVIDE "AMBULANCE SERVICE" WITHIN THE COUNTY AND MANAGE THIS OPERATION THROUGH THE HOSPITAL'S GENERAL FUND? — A COUNTY HOSPITAL MAY, PURSUANT TO 19 O.S. 1961 781-793 [19-781] — [19-793] AND 19 O.S. 1965 Supp., 789 [19-789], 19 O.S. 1965 Supp., 790.1 [19-790.1], 19 O.S. 1961 792-793 [19-792] — [19-793] PROVIDE "AMBULANCE SERVICE" WITHIN THE COUNTY, AND MANAGE THIS OPERATION THROUGH THE HOSPITAL'S GENERAL FUND, IN ACCORDANCE WITH THE CONDITIONS SET OUT IN THIS OPINION. QUESTION(5): MAY A PORTION OF THE TAX LEVY FOR THE COUNTY DEPARTMENT OF HEALTH BE USED TO OPERATE AN "AMBULANCE SERVICE?" — A PORTION OF THE TAX LEVY FOR THE COUNTY DEPARTMENT OF HEALTH MAY BE USED TO OPERATE AN "AMBULANCE SERVICE" BUT NO FEE MAY BE CHARGED FOR CONDUCTING SAID SERVICE. CITE: 63 O.S. 1965 Supp., 1-206 [63-1-206], 19 O.S. 1965 Supp., 789 [19-789], 19 O.S. 1965 Supp., 790.1 [19-790.1], 19 O.S. 1961 351 [19-351], 19 O.S. 1965 Supp., 354-358 [19-354] — [19-358], 19 O.S. 1965 Supp., 381 [19-381], ARTICLE X, SECTION 17, ARTICLE X, SECTION 15 (SAM HELLMAN)